In the Matter of the Judicial Settlement of the Account of Proceedings of Clara Segall and Bernard Segall, as Executors, etc., of Jacob W. Segall, Deceased. Bernard Segall and Clara Segall, as Executors, etc., of Jacob W. Segall, Deceased, Appellants; Morris Gottlieb, Objectant, Respondent, and August G. Klages, Receiver, Respondent.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Petition of Daniel M. Storey, Respondent, to Register Title to Certain Lands. Henry Irons and Katie Irons, Appellants. Henry Irons, Appellant, v. Daniel M. Storey, Respondent. Katie Irons, Appellant, v. Daniel M. Storey, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

The People of the State of New York ex rel. New York School for the Deaf, Appellant, v. Howard E. Townsend and Others, as Assessors of the Town of Greenburgh, New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

The People of the State of New York ex rel. Edgar Schulhof, Appellant, v. Lewis E. Lawes, Warden of Sing Sing Prison, Ossining, New York, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

Henry J. Sacoder, Respondent, v. Joseph Cohn, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

Olga Shea, Also Known as Olga D. Lennox, Appellant, v. Martin F. Shea and Thomas E. Shea, Individually and as Executors, etc., of William J. Shea, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

Martin Stockman, Appellant, v. Wilson Distilling Company, Inc., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

Minnie B. Wiseman and Another, Respondents, v. Abraham Gassner, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.